### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL ACTION** |
| v. | : **NO. 06-124-1** |
| **SAMSON ADEYEMI** <br> **60450-066** | |

## ORDER

**AND NOW**, this 6th day of July 2020, upon considering Defendant's Motion for reduction of sentence (ECF Doc. No. 180), Defendant's Supplemental Memorandum (ECF Doc. No. 185), the United States' Response (ECF Doc. No. 188), Defendant's Reply (ECF Doc. No. 189), following an evidentiary hearing where we evaluated the credibility of testimony and admitted exhibits, the parties' Supplemental Memoranda (ECF Doc. Nos. 192, 193, 194, 195 & 197), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion (ECF Doc. No. 180) is **GRANTED**;

2. We **amend** the January 11, 2007 Judgment and Commitment Order (ECF Doc. No. 78) to sentence Samson Adeyemi USM# 60450-066 to **time served through July 10, 2020**;

3. Mr. Adeyemi shall be released from custody on **July 10, 2020**;

4. Defendant's five-year term of supervised release shall begin immediately upon release from custody with all standard conditions of supervision, and the following special conditions:

    a. Subject to our Probation Officer's review of the suitability of his family's home, Mr. Adeyemi shall remain confined to his family home in Montgomery County for two weeks with no contact with anyone other than his family upon release from custody. If his Probation Officer determines the family home is not suitable, Mr. Ayedemi shall find an alternative safe location to reside in this District subject to his Probation Officer's approval;

b.   Mr. Adeyemi shall maintain his residence in this District with his family and shall not change his residence or leave this District without consent from his Probation Officer;

c.   Mr. Adeyemi shall not possess a firearm, destructive device, or any other dangerous weapon on his person or in a residence;

d.   Mr. Adeyemi shall cooperate in the collection of DNA as directed by the Probation Officer;

e.   Mr. Adeyemi shall submit to urinalysis within twenty days after being placed on supervision and at least two periodic tests thereafter at the direction of the Probation Officer;

f.   Mr. Adeyemi shall fulsomely and promptly report any contact with a co-conspirator charged in connection with the January 3, 2006 crimes to his Probation Officer;

g.   Mr. Adeyemi will seek volunteer opportunities through the Welcoming Center for New Pennsylvanians, the Norristown Area School District, or other similar non-profit organization focused on young immigrants to address the risks of aberrational behavior through this first part of his life; and,

h.   Mr. Adeyemi shall seek and maintain gainful employment and provide verification of employment as directed by the Probation Officer including part-time employment when he decides to complete his education;

5.   All other conditions of supervision in the January 11, 2007 Judgment and Commitment Order (ECF Doc. No. 78) remain in effect.

_____
KEARNEY, J.